**No. 10-10453. Donald David Delahanty, Petitioner v. Arizona.**

565 U.S. 837, 132 S. Ct. 143, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 6343.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 226 Ariz. 502, 250 P.3d 1131.